The Honorable Ronald B. Leighton

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT TACOMA**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.,<br><br>Defendants. | Case No.: 3:15-cv-00612-RBL<br><br>**DEFENDANTS' NOTICE OF OPPOSITION TO PLAINTIFFS' TRO MOTION** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australia corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendants. | Case No.: 2:19-cv-00199-RBL |

DEFENDANTS' NOTICE OF OPPOSITION TO
PLAINTIFFS' TRO MOTION
(3:15-cv-00612-RBL; 2:19-cv-00199-RBL)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTICE OF OPPOSITION**

Pursuant to Local Civil Rule 65(b)(5), Big Fish Games, Inc., Aristocrat Technologies,

Inc., Aristocrat Leisure Limited, and Churchill Downs Incorporated (collectively, "defendants")

hereby give notice of their intention to file an opposition to plaintiffs' October 17, 2019 "Motion

for Temporary Restraining Order and Limited Relief from Litigation Stay," No. 15-612, Dkt.

122; No. 19-199, Dkt. 73. Defendants will file a response brief within the time period specified

in Local Civil Rule 65(b)(5) (subject to the time computation rules specified in Federal Rule of

Civil Procedure 6(a)(2)).[1]

---

[1] Defendants present this notice and the forthcoming response in opposition to plaintiffs' motion
for the sole purpose of opposing that motion, and without waiving any arguments presented in
their respective motions to dismiss and/or compel arbitration, No. 15-612, Dkt. 100; No. 19-199,
Dkts. 33, 35.

1

DEFENDANTS' NOTICE OF OPPOSITION TO
PLAINTIFFS' TRO MOTION
(3:15-cv-00612-RBL; 2:19-cv-00199-RBL)

1

DATED:   October 18, 2019                    Respectfully submitted,

2

By:   */s/ Mark Parris*
     */s/ Paul F. Rugani*

3

Mark Parris (Bar No. 13870)
mparris@orrick.com

4

Paul F. Rugani (Bar No. 38664)
prugani@orrick.com

5

ORRICK HERRINGTON & SUTCLIFFE LLP
701 5th Avenue, Suite 5600

6

Seattle, WA 98104
Telephone: (206) 839-4320

7

8

*Attorneys for Defendants Big Fish Games, Inc.,
Aristocrat Technologies, Inc., Aristocrat Leisure
Limited, and Churchill Downs Incorporated*

9

*/s/ Emily Johnson Henn*

10

*/s/ Lindsey Barnhart*
Emily Johnson Henn (*pro hac vice*)
ehenn@cov.com

11

Lindsey Barnhart (*pro hac vice*)
lbarnhart@cov.com

12

COVINGTON & BURLING LLP
3000 El Camino Real

13

5 Palo Alto Square
Palo Alto, CA 94306

14

Telephone: (650) 632-4700

15

*/s/ Gary Rubman*

16

Gary Rubman (*pro hac vice*)
grubman@cov.com

17

COVINGTON & BURLING LLP
One CityCenter

18

850 Tenth Street, NW
Washington, D.C. 20001

19

Telephone: (202) 662-6000

20

*/s/ Matthew Q. Verdin*
*/s/ David Watnick*

21

Matthew Q. Verdin (*pro hac vice*)
mverdin@cov.com

22

David Watnick (*pro hac vice*)
dwatnick@cov.com

23

COVINGTON & BURLING LLP
Salesforce Tower

24

415 Mission Street, Suite 5400
Telephone: (415) 591-7065

25

26

*Attorneys for Defendant Big Fish Games, Inc.,
Aristocrat Technologies, Inc., and Aristocrat
Leisure Limited*

27

2

28

DEFENDANTS' NOTICE OF OPPOSITION TO
PLAINTIFFS' TRO MOTION
(3:15-cv-00612-RBL; 2:19-cv-00199-RBL)