The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

# AT TACOMA

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation,<br><br>Defendants. | Case No.: 2:15-cv-00612-RBL<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING AND DISCOVERY SCHEDULE ON DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND RENEWED MOTION TO DISMISS** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>Defendants. | Case No.: 2:19-cv-00199-RBL<br><br>**STIPULATED MOTION AND ORDER REGARDING BRIEFING AND DISCOVERY SCHEDULE ON DEFENDANTS' RENEWED MOTION TO COMPEL ARBITRATION AND RENEWED MOTION TO DISMISS** |

STIPULATED MOTION AND [PROPOSED] ORDER
RE BRIEFING AND DISCOVERY SCHEDULE (2:15-
cv-00612-RBL; 2:19-cv-00199-RBL)

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300

Pursuant to Local Civil Rule 10(g), consistent with the Court's direction during the March 23, 2020 telephonic hearing, *see* Hr'g Tr. at 15:15-16 ("If you can agree on a revision of the schedule, I will adopt it."), and based explicitly on defendants' counsel's representation that defendants are each experiencing "near-shutdown of their businesses," plaintiffs Cheryl Kater, Suzie Kelly, and Manasa Thimmegowda ("Plaintiffs") and defendants Big Fish Games, Inc., Churchill Downs Inc., Aristocrat Technologies, Inc., and Aristocrat Leisure Limited ("Defendants") hereby jointly move the Court to enter the following briefing and discovery schedule for Defendants' forthcoming renewed motion to compel arbitration and renewed motion to dismiss for lack of personal jurisdiction ("Renewed Motions"):

| Event | Date |
|---|---|
| Deadline for Plaintiffs to respond to BFG's arbitration-related First Set of Interrogatories | April 3, 2020 |
| Deadline for Defendants to file Renewed Motions | April 10, 2020 |
| Deadline for: (1) ATL and ATI to substantially complete document production responsive to Jurisdictional RFP Nos. 2, 5-11, 14-15, 21, and 26; and (2) CDI to substantially complete document production responsive to Jurisdictional RFP Nos. 1-5, 7-8, 10-13, and 25 | April 13, 2020[1] |
| Deadline for Plaintiffs to oppose Renewed Motions | April 24, 2020 |
| Deadline for Defendants to file replies in support of Renewed Motions | May 1, 2020 |

---

[1] The parties agree that, if any defendant decides not to file a renewed motion to dismiss for lack of personal jurisdiction by April 10, 2020, then: (1) that defendant irrevocably waives any right to challenge personal jurisdiction in the above-captioned cases, and (2) the April 13, 2020 production deadline does not apply to that defendant.

Defendants state that, consistent with the discussion during the March 23, 2020 telephonic hearing, they reserve all rights to object to the scope of Plaintiffs' jurisdictional discovery requests, and will meet and confer with Plaintiffs regarding any outstanding disputes as to the scope of the requests. *See* Hr'g Tr. at 15:12–16:2. Plaintiffs state that they expect a substantially complete production by April 13, 2020, do not believe that any objections as to scope are proper or timely, and reserve all rights to seek appropriate relief from the Court if Defendants fail to satisfy their Court-ordered discovery obligations.

STIPULATED MOTION AND [PROPOSED] ORDER
RE BRIEFING AND DISCOVERY SCHEDULE (2:15-cv-00612-RBL; 2:19-cv-00199-RBL)

- 1 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300

DATED:   March 27, 2020

| | |
|---|---|
| */s/ Mark Parris*<br>*/s/ Paul Rugani*<br>Mark Parris (Bar No. 13870)<br>mparris@orrick.com<br>Paul F. Rugani (Bar No. 38664)<br>prugani@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>701 5th Avenue, Suite 5600<br>Seattle, WA 98104<br>Telephone: (206) 839-4320<br><br>*Attorneys for Defendants Aristocrat Technologies, Inc., Aristocrat Leisure Limited, Big Fish Games, Inc. and Churchill Downs Inc.* | */s/ Emily Johnson Henn*<br>*/s/ Lindsey Barnhart*<br>Emily Johnson Henn (*pro hac vice*)<br>ehenn@cov.com<br>Lindsey Barnhart (*pro hac vice*)<br>lbarnhart@cov.com<br>COVINGTON & BURLING LLP<br>3000 El Camino Real<br>5 Palo Alto Square<br>Palo Alto, CA 94306<br>Telephone: (650) 632-4700<br><br>*/s/ Gary Rubman*<br>Gary Rubman (*pro hac vice*)<br>grubman@cov.com<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, D.C. 20001<br>Telephone: (202) 662-6000<br><br>*/s/ Ashley M. Simonsen*<br>Ashley M. Simonsen (*pro hac vice*)<br>asimonsen@cov.com<br>COVINGTON & BURLING LLP<br>1999 Avenue of the Stars<br>Los Angeles, CA 90067<br>Telephone: (424) 332-4782<br><br>*/s/ Matthew Q. Verdin*<br>*/s/ David Watnick*<br>Matthew Q. Verdin (*pro hac vice*)<br>mverdin@cov.com<br>David Watnick (*pro hac vice*)<br>dwatnick@cov.com<br>COVINGTON & BURLING LLP<br>Salesforce Tower<br>415 Mission Street, Suite 5400<br>Telephone: (415) 591-7065<br><br>*Attorneys for Defendants Aristocrat Technologies, Inc., Aristocrat Leisure Limited, and Big Fish Games, Inc.* |

|   |   |
|---|---|
| 1 | */s/ Todd Logan* |
| 2 | Rafey Balabanian<br>(admitted pro hac vice)<br>Eve-Lynn Rapp<br>(admitted pro hac vice)<br>Todd Logan<br>(admitted pro hac vice)<br>EDELSON PC<br>123 Townsend Street, Suite 100<br>San Francisco, California 94107<br>Tel: 415.212.9300 Fax: 415.373.9435<br>Email: rbalabanian@edelson.com<br>Email: erapp@edelson.com<br>Email: tlogan@edelson.com |

Benjamin H. Richman
(admitted pro hac vice)
EDELSON PC
350 North LaSalle Street, Suite 1400
Chicago, Illinois 60654
Tel: 312.589.6370 Fax: 312.589.6378
Email: brichman@edelson.com

Cecily C. Shiel, WSBA #50061
TOUSLEY BRAIN STEPHENS
1700 Seventh Ave., Ste. 2200
Seattle, WA 98101
Phone: 206.682.5600
Email: cshiel@tousley.com

*Attorneys for Plaintiffs*

---

STIPULATED MOTION AND [PROPOSED] ORDER RE BRIEFING AND DISCOVERY SCHEDULE (2:15-cv-00612-RBL; 2:19-cv-00199-RBL)

- 3 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of March, 2020.

Ronald B. Leighton
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER RE BRIEFING AND DISCOVERY SCHEDULE (2:15-cv-00612-RBL; 2:19-cv-00199-RBL)

- 4 -

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE, SUITE 5600
SEATTLE, WASHINGTON 98104-7097
+1 206 839 4300