# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL<br><br>**EMERGENCY INJUNCTION** |

EMERGENCY INJUNCTION
CASE NOS. 15-CV-612, 19-CV-199 - i

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992

1  This matter came before the Court upon Plaintiffs' Unopposed Motions for Emergency
2  Injunction Pursuant to 28 U.S.C. § 1651. Having considered the motion, the Court GRANTS the
3  motions and ORDERS as follows:
4      By October 2, 2020 at 5:00 p.m. PDT, VeriSign shall:
5          a.    Disable the Challenged Domain Name, through a registry hold, making it
6              inactive; and
7          b.    Impose a registry lock on the Challenged Domain Name to prevent any
8              modifications or transfer of the Challenged Domain Name during the
9              pendency of this litigation.

11  **IT IS SO ORDERED.**

13  DATED this 30th day of September, 2020.

15  *[signature]*
    ROBERT S. LASNIK
16  UNITED STATES DISTRICT JUDGE

EMERGENCY INJUNCTION
CASE NOS. 15-CV-612, 19-CV-199 - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101-4416
Tel: 206.682.5600 • Fax: 206.682.2992