The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS AND ORDER**<br><br>Noting Date: December 14, 2020 |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS AND ORDER**<br><br>Noting Date: December 14, 2020 |

Plaintiffs Cheryl Kater, Suzie Kelly, and Manasa Thimmegowda, by and through their attorneys, and pursuant to Local Rule 7(f), move for leave to file two (2) over-length briefs: (i) Plaintiffs' Motion for Final Approval of Class Action Settlement Agreement ("Motion for Final Approval"), and (ii) Class Counsel's Motion for Award of Attorneys' Fees and Expenses and Issuance of Incentive Awards ("Motion for Attorneys' Fees, Expenses, and Incentive Awards") (together, the "Motions"). In support, Plaintiffs state as follows:

1. Pursuant to Local Rule 7(e), Plaintiff is allotted twenty-four (24) pages for each Motion insofar as the Motions pertain in part to certification of the Settlement Class.

2. The Motions call for, *inter alia*, extensive discussion and analysis of the factual and procedural background of this complex multi-year litigation, a discussion of the terms of a landmark class action settlement, and a comprehensive analysis of FRCP 23(e) (Motion for Final Approval) and Ninth Circuit precedent on attorneys' fees in large class actions (Motion for Attorneys' Fees, Expenses, and Incentive Awards).

3. Accordingly, Plaintiffs respectfully request up to an additional seven (7) pages (*i.e.*, up to a maximum of thirty-one (31) pages) for each Motion to address these subjects thoroughly.

WHEREFORE, Plaintiffs respectfully request that this Court grant Plaintiffs' Motion for Leave to File Over-Length Briefs.

Dated: December 14, 2020

Respectfully submitted,

By: /s/ Alexander G. Tievsky

Alexander G. Tievsky, WSBA #57125
atievsky@edelson.com
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654

| | |
|---|---|
| 1 | Tel: 312.589.6370/Fax: 312.589.6378 |
| 2 | By: /s/ Todd Logan |
| 3 | Rafey S. Balabanian* |
| | rbalabanian@edelson.com |
| 4 | Todd Logan* |
| | tlogan@edelson.com |
| 5 | Brandt Silver-Korn* |
| 6 | bsilverkorn@edelson.com |
| | Edelson PC |
| 7 | 123 Townsend Street, Suite 100 |
| | San Francisco, California 94107 |
| 8 | Tel: 415.212.9300/Fax: 415.373.9435 |
| 10 | By: /s/ Cecily C. Shiel |
| 12 | TOUSLEY BRAIN STEPHENS PLLC |
| | Cecily C. Shiel, WSBA #50061 |
| 13 | cshiel@tousley.com |
| | 1700 Seventh Avenue, Suite 2200 |
| 14 | Seattle, Washington 98101-4416 |
| | Tel: 206.682.5600 |
| 16 | *Plaintiffs' Attorneys and Class Counsel* |
| | *Admitted *pro hac vice* |

Pls' Motion for Leave to File Over-Length Briefs
CASE NOS. 15-CV-612 & 19-CV-199 - 2

**EDELSON PC**
350 N LaSalle Street, 14th Floor, Chicago, IL 60654
Tel: 312 589 6370 • Fax: 312 589 6378

**ORDER**

The motion is **GRANTED**.

**IT IS SO ORDERED.**

DATED this  15th  day of  December , 2021.

*[signature: Robert S. Lasnik]*

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE