**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation. <br><br> *Defendants*. | No. 15-cv-00612-RSL <br><br> **ORDER GRANTING IN PART PLAINTIFFS' UNOPPOSED MOTIONS TO SEAL** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated, <br><br> *Plaintiff*, <br><br> v. <br><br> BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, <br><br> *Defendants*. | No. 19-cv-00199-RSL |

This matter comes before the Court on plaintiffs' unopposed motions to seal personal information regarding an objector. The Court previously sealed the objection and will maintain the personal identifying and medical information of the objector under seal. Other information regarding the objection, such as the nature of the objection and how it was resolved, should be available to the public, however.

For all of the foregoing reasons, plaintiffs' motions to seal information regarding an objection (*Kater*, Dkt. # 277; *Thimmegowda*, Dkt. # 210) are GRANTED in part. Versions of plaintiffs' reply memoranda, the Logan Declaration, and Exhibit 1 with more limited redactions than those proposed by plaintiffs will be filed for public viewing.

DATED this 10th day of February, 2020.

*[signature]*
Robert S. Lasnik
United States District Judge