# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHERYL KATER and SUZIE KELLY, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHURCHILL DOWNS INCORPORATED, a Kentucky corporation, and BIG FISH GAMES, INC., a Washington corporation.<br><br>*Defendants*. | No. 15-cv-00612-RSL<br><br>**SETTLEMENT ADMINISTRATORS' MOTION AND ORDER TO CONTINUE DEADLINE FOR PAYMENT OF APPROVED CLAIMS BY SIXTY (60) DAYS** |
| MANASA THIMMEGOWDA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>BIG FISH GAMES, INC., a Washington corporation; ARISTOCRAT TECHNOLOGIES INC., a Nevada corporation; ARISTOCRAT LEISURE LIMITED, an Australian corporation; and CHURCHILL DOWNS INCORPORATED, a Kentucky corporation,<br><br>*Defendants*. | No. 19-cv-00199-RSL |

Administrators' Motion
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - i

Angeion Group - 215.563.4116
1650 Arch St # 2210
Philadelphia, PA 19103

| | | |
|---|---|---|
| 1 | SEAN WILSON, individually and on behalf of all others similarly situated, | No. 18-cv-5277-RSL |
| 2 | | |
| 3 | *Plaintiff*, | |
| 4 | v. | |
| 5 | PLAYTIKA LTD, an Israeli limited company, and CAESARS INTERACTIVE ENTERTAINMENT, LLC, a Delaware limited liability company, | |
| 6 | | |
| 7 | | |
| 8 | *Defendants*. | |
| 9 | SEAN WILSON, individually and on behalf of all others similarly situated, | No. 18-cv-05276-RSL |
| 10 | | |
| 11 | | |
| 12 | *Plaintiff*, | |
| 13 | v. | |
| 14 | HUUUGE, INC., a Delaware corporation, | |
| 15 | *Defendant*. | |

Administrators' Motion
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - ii

Angeion Group - 215.563.4116
1650 Arch St # 2210
Philadelphia, PA 19103

# MOTION

The Settlement Agreements in these cases presently require payment of Approved Claims within sixty (60) days of March 13, 2021 (the Effective date). That makes the present deadline for payments May 12, 2021.

Under the supervision and direction of Judge Phillips' staff at Phillips ADR, the Settlement Administrators have worked diligently to process all submitted claims. Unfortunately, due to unanticipated circumstances, the Settlement Administrators do not believe they will be able to meet the May 12, 2021 deadline for payments. Specifically, the magnitude and complexity of the data provided by the Parties and Platforms, unanticipated challenges unifying the data and matching it to filed claims, the implementation of the Initial Claim Determination notification process and the potential time required to resolve any challenges and prepare payments to Approved Claims, taken together, render the May 12 payment deadline unfeasible.

Given these unanticipated circumstances, Judge Phillips recommended that the Settlement Administrators seek a sixty (60) day continuance of the deadline for payment of Approved Claims. The Settlement Administrators agree that such a continuance is necessary, and, subject to the actual volume of challenges received and the amount of time required to resolve said challenges, believe that we will be able to complete payments for all Approved Claims by that revised deadline. Consequently, the Settlement Administrators hereby move the Court to enter the attached [Proposed] Order continuing the deadline for payment of Approved Claims to July 11, 2021.[1]

---

[1] The Settlement Administrators have conferred with counsel for all parties to this action, and no party opposes the motion.

Administrators' Motion
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1

Angeion Group - 215.563.4116
1650 Arch St # 2210
Philadelphia, PA 19103

1  Dated: April 22, 2021                Respectfully submitted,

6                                       **ANGEION GROUP**
7                                       By: _____
                                        **Steven R. Platt**
8                                       Angeion Goup, LLC
                                        1650 Arch Street, Suite 2210
9                                       Philadelphia, PA 19103
                                        Phone: (904) 699-5099
10                                      Email: splatt@angeiongroup.com

12                                      **HEFFLER CLAIMS GROUP**
                                        By: _____
13                                      **Brian Smitheman**
                                        Heffler Claims Group
14                                      1515 Market Street Suite 1700
                                        Philadelphia, PA 19102
15                                      Phone: (215) 430-6048
                                        Email: brian.smitheman@kroll.com

Administrators' Motion
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 2

Angeion Group - 215.563.4116
1650 Arch St # 2210
Philadelphia, PA 19103

**ORDER**

The Settlement Administrator's unopposed motion is **GRANTED.** For each of the above-captioned cases, the deadline for payment of Approved Claims is continued to July 11, 2021.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2021.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Administrators' Motion
CASE NOS. 15-CV-612, 19-CV-199,
18-CV-5276, & 18-CV-5277 - 1

Angeion Group - 215.563.4116
1650 Arch St # 2210
Philadelphia, PA 19103